**Norman CLIFTON v. J. Clyde DEAN.**

**No. 1622.**

Court of Appeal of Louisiana. First Circuit.

Oct. 7, 1936.

R. A. Dowling and H. J. Wyman, both of New Orleans, for appellant.

Schwing & Obier, of Plaquemine, for appellee.

LE BLANC, Judge.

For the reasons this day handed down in the suit of Clifton v. Dean (Cangelosi v. Dean), 169 So. 788, it is ordered that the judgment herein appealed from be, and the same is hereby, affirmed at the costs of the appellant.